

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I AND BEFORE THE USPTO

August 09, 2019
**VIA FIRST CLASS MAIL**

Copyright Agent, Sergio Hernandez
Namecheap Legal
4600 East Washington Street
Suite 305
Phoenix, AZ 85034

Re: Copyright Claim Notification per 17 USC 512(c)(3)(A)

Dear Sirs:

<u>An physical or electronic signature of the copyright owner, or a person authorized to act on behalf of the owner, of an exclusive copyright that has allegedly been infringed.</u>

Kerry S. Culpepper authorized to act on behalf of owners <u>HB Productions, Inc.</u>

/Kerry S. Culpepper/

<u>Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.</u>

The motion picture(s); <u>Hellboy.</u>

<u>Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Service Provider to locate the material.</u>

(1) the file(s):

Hellboy (2019) 720p BRRip HEVC 750MB ; Hellboy (2019) 1080p BRRip 6CH 2.3GB ; Hellboy (2019) 720p BRRip 1.1GB ; Hellboy (2019) 1080p AMZN WEB-DL 6CH 2.2GB ; Hellboy (2019) 1080p WEB-DL 6CH 2GB ; Hellboy (2019) 720p WEB-DL 950MB ; Hellboy (2019) 720p HC HDRip 950MB

Accessible at https://www.mkvcage.fun/?s=Hellboy

https://www.mkvcage.fun/hellboy-2019-720p-brrip-hevc-750mb/

Exhibit "1"

Page 2

https://www.mkvcage.fun/hellboy-2019-1080p-brrip-6ch-2-3gb/
https://www.mkvcage.fun/hellboy-2019-720p-brrip-1-1gb/
https://www.mkvcage.fun/hellboy-2019-1080p-amzn-web-dl-6ch-2-2gb/
https://www.mkvcage.fun/hellboy-2019-1080p-web-dl-6ch-2gb/
https://www.mkvcage.fun/hellboy-2019-720p-web-dl-950mb/
https://www.mkvcage.fun/hellboy-2019-720p-hc-hdrip-950mb/

(2) information reasonably sufficient to permit Service Provider to locate the material:

The websites

https://www.mkvcage.fun/?s=Hellboy
https://www.mkvcage.fun/hellboy-2019-720p-brrip-hevc-750mb/
https://www.mkvcage.fun/hellboy-2019-1080p-brrip-6ch-2-3gb/
https://www.mkvcage.fun/hellboy-2019-720p-brrip-1-1gb/
https://www.mkvcage.fun/hellboy-2019-1080p-amzn-web-dl-6ch-2-2gb/
https://www.mkvcage.fun/hellboy-2019-1080p-web-dl-6ch-2gb/
https://www.mkvcage.fun/hellboy-2019-720p-web-dl-950mb/
https://www.mkvcage.fun/hellboy-2019-720p-hc-hdrip-950mb/

Information reasonably sufficient to permit the Service Provider to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.

Kerry S. Culpepper, Esq., Culpepper IP, LLLC, 75-170 Hualalai Road, Suite B204, Kailua-Kona, Hawaii 96740 US Tel 1-808-464-4047

<u>A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.</u>

I, have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owners, <u>HB Productions, Inc</u> of an exclusive right that is allegedly infringed.

Sincerely,
/Kerry S. Culpepper/

Kerry S. Culpepper